IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.     :     No. 2:10-mj-858
                                          MAGISTRATE JUDGE KEMP

ELIAS CARDENEZ

O R D E R

Upon application and for good cause shown, the United States' Motion (docket entry #13) to Dismiss Complaint is hereby granted. The complaint filed herein with the United States Magistrate against the named defendant is hereby dismissed. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

 December 29, 2011                          */s/ Terence P. Kemp*
DATE                                       UNITED STATES MAGISTRATE JUDGE